**Aghasi Khachik TOVMASYAN, Petitioner,**

v.

**John ASHCROFT, Attorney General, Respondent.**

**No. 03–70162.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 22, 2004.

Reynold E. Finnegan, Esq., Finnegan & Diba, Los Angeles, CA, for Petitioner.

Regional Counsel, Laguna Niguel, CA, District Director, Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Marion E. Guyton, Attorney, Benjamin Franklin, Washington, DC, for Respondent.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Aghasi Khachik Tovmasyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' summary affirmance of the decision of an immigration judge ("IJ") denying his application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Gormley v. Ashcroft,* 364 F.3d 1172, 1176 (9th Cir.2004), and we deny the petition for review.

Substantial evidence supports the IJ's determination that Tovmasyan did not establish that he was persecuted in Armenia on account a protected ground because he failed to show that he was threatened or harassed due to his father's political opin-

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

ion. *See id.* at 1177. Accordingly, Tovmasyan did not establish his eligibility for asylum or withholding of removal. *See id.* at 1180.

**PETITION FOR REVIEW DENIED.**

**PETITION FOR REVIEW DENIED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the